# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Kevin Duane Thorp,          * From the 385th District
Court of Midland County,
Trial Court No. CR39390.

Vs. No. 11-13-00089-CR          * August 22, 2013

The State of Texas,          * Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has considered Kevin Duane Thorp's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.